**SANITEC INDUSTRIES, INC.,**
Plaintiff–Appellant,

v.

**MICRO–WASTE CORPORATION,**
Defendant–Cross Appellant.

Nos. 2007–1282, 2007–1283.

United States Court of Appeals,
Federal Circuit.

Oct. 9, 2008.

___

* Honorable William H. Alsup, District Judge, United States District Court for the Northern District of California, sitting by designation.

John M. Delehanty, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., of New York, NY, argued for plaintiff-appellant. With him on the brief was Timur E. Slonim.

Alan B. Daughtry, Jackson Walker L.L.P., of Houston, TX, argued for defendant-cross appellant. With him on the brief was Richard E. Griffin.

MAYER, SCHALL, and MOORE, Circuit Judges.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.